648

No. 739.   AMERICAN SURETY Co. *v.* TOWN OF HAMDEN. February 28, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles D. Lockwood* for petitioner.   *Mr. Curtiss K. Thompson* for respondent.

No. 743.   MAYNARD ET AL. *v.* FINNEY ET AL.   February 28, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Messrs. A. C. Wheeler* and *Robert L. Russell* for petitioners.   No appearance for respondents.

No. 749.   BALTIMORE & OHIO R. Co. *v.* LOVE, ADMINISTRATRIX.   February 28, 1938.   Petition for writ of certiorari to the Supreme Court of New York denied.   *Mr. William C. Combs* for petitioner.   *Mr. Eugene Van Voorhis* for respondent.

No. 737.   KLIPSTEIN, TRUSTEE, *v.* DAVIDOWICZ ET AL. March 7, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Harold H. Levin* for petitioner.   *Messrs. John J. Bennett, Jr.,* Attorney General, *Henry Epstein,* Solicitor General, and *Mr. Joseph A. McLaughlin,* Assistant Attorney General, of New York, for the Industrial Board, respondent.

No. 741.   PINK, SUPERINTENDENT OF INSURANCE, *v.* DEMPSEY; and

No. 767.   DEMPSEY *v.* PINK, SUPERINTENDENT OF INSURANCE.   March 7, 1938.   Petitions for writs of certio-